In The United States District Court
For The Eastern District of Virginia
Alexandria Division



Commonwealth of Virginia,
Plaintiff,
v.
Cory Alexander-Lee Wiggins,
Defendant.

MOTION TO REMOVE ACTION
[28 U.S.C.S. § 1441]

1:12 CV 95
CMH/TCB

In Re: All cases identifying defendant by Social Security Number 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.

Defendant, Cory Alexander-Lee Wiggins, moves that all indictments and/or informations and/or actions ——— suits brought against defendant by plaintiff in the Circuit Courts of Hampton, Norfolk, Virginia Beach and Chesapeake Virginia, be removed to this court on the ground that he, the defendant, is an Ambassador of Israel, who has been authorized and received as such by the President of the United States, as shown by the Mission Statement with Apostille Certificate, attached as Exhibit A, and that under section 1441 of Title 28, United States Code, whenever a defendant is an agent of a foreign country, that defendant is allowed, when brought into a state court, to remove the action to federal district court.

Date: 20 January 2012

/s/ YHVH Cory Alexander-Lee Wiggins
Cory Alexander-Lee Wiggins
Ambassador of Israel
c/o C. WIGGINS # 1105173
24414 MUSSELWHITE DR
WAVERLY VA 23890-4999

In The United States District Court
For The Eastern District of Virginia
Alexandria Division



JAN 26

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Commonwealth of Virginia,
  Plaintiff,
v.
Cory Alexander-Lee Wiggins,
  Defendant.

MOTION TO DISMISS INDICTMENT OR INFORMATION
— SUIT AGAINST PUBLIC MINISTER PROHIBITED [22 U.S.C.S. § 254d; F.R.Cr.P. 12(a), 47]
In Re: All cases identifying defendant by Social Security Number 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.

   Defendant, Cory Alexander-Lee Wiggins, moves that all indictments and/or informations —— suits brought against defendant by plaintiff in the Circuit Courts of Hampton, Norfolk, Virginia Beach and Chesapeake Virginia, be dismissed on the ground that he is an Ambassador of Israel, who has been authorized and received as such by the President of the United States, as shown by the Mission Statement with Apostille Certificate, attached as Exhibit A, and that under section 254d of Title 22, United States Code, whenever any action or proceeding is brought against an individual entitled to immunity with respect to such action or proceeding under the Vienna Convention on Diplomatic Relations or under sections 254b or 254c of Title 22 of the United States Code, or under any other laws, the action or proceeding must be dismissed.

Date: 20 January 2012

/s/ YHVH Cory Alexander-Lee Wiggins
Cory Alexander-Lee Wiggins
Ambassador of Israel
c/o C. WIGGINS # 1105173
24414 MUSSELWHITE DR
WAVERLY VA 23890-9999

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Virginia

Commonwealth of Virginia,
Plaintiff,

v.

Cory Alexander-Lee Wiggins,
Defendant.

MOTION TO DISMISS DETENTION OF PUBLIC MINISTER PROHIBITED [22 U.S.C.S. § 254d; 12(a), 47]

In Re: Virginia Department of Corrections Offender No. 1105173.

Defendant, Cory Alexander-Lee Wiggins, moves that any and all action taken by plaintiff to detain defendant via the Virginia Department of Corrections or any other institution, be dismissed on the ground that he, the defendant, is an Ambassador of Israel, who has been authorized and received as such by the President of the United States, as shown by the Mission Statement with Apostille Certificate, attached as Exhibit A, and that under section 254d of Title 22, United States Code, whenever any action or proceeding is brought against an individual entitled to immunity with respect to such action or proceeding under the Vienna Convention on Diplomatic Relations or under sections 254b or 254c of Title 22 of the United States Code, or under any other laws, the action or proceeding must be dismissed.

Date: 20 January 2012

/s/ YHVH Cory Alexander-Lee Wiggins
Cory Alexander-Lee Wiggins
Ambassador of Israel
c/o C. WIGGINS # 1105173
24414 MUSSELWHITE DR
WAVERLY VA 23890-9999

Space for recording purposes only:

************************************

Kingdom of Yahshua the Christ

on the soil of Nottaway county,    ss: Declaration of Mission Statement
                                       of "self governing" people under
Virginia                               the absolute Laws of the Ever
                                       Living Father Yahweh.

The United States of America

//

KNOW ALL MEN BY THESE PRESENTS, GREETINGS:

//

Preamble

(Convention de la Haye du 5 October 1961)

(Vienna Convention 18 April 1961)

(The Ordinance for the Territory North and west
the River Ohio 1 Stat. 51,52, July 13,1787)

Under the authority of Declaration, for The Trust written and recorded in the Book of the Hebrew's at Chapter 9, verses 15 through 21 and at Chapter 8, verses 7 through 13, the following Article establish the undersigned Trustee's, *Cory Alexander Lee Wiggins'* rights, duties, and obligations with respect to the corpus of said Trust and the Trustee's legal right of Estate thereof, the effects of which secures the undersigned's legal right of parentage, the Trustor's Dominium, droit droit-jura in re, and gives rise for the need of documentation for the "diplomatic agent" herein more accurately described as "Ambassador," and "public Minister of Justice," in itinere, for the receiving State, the "United States as defined at 16 Stat. L.419, February 21, 1871, and 104 Stat. 4933, November 29, 1990, Section 3611, Title XXXVI Public Law 101-647, codified at 28 U.S.C. Section 3002(15).

The above Treaties and Treaty definitions listed are applicable in establishing the purpose and intent of "verification of authenticity" and is warranted via Abolishing the Requirement of legalization for Foreign Public Document codified at 28 U.S.C., F.R.CV.P., Rule 44, Proof of Official Record and by competent authority in the United States of America according to the Treaty first mention above, for issuing the Certificate (Apostille) referred of in Article 3," the convention" for evidentiary purpose, to wit:

Mission Statement: by Apostille                                    Page one

Exhibit A

Article I

Trustee-Declarant is a "member of the mission" duly established by Law, and "head of the mission" is Yahshua the Christ, of the Order of Melchizadek, by right of blood, birth, and decent on North America's soil aforesaid and the lineage of the Adamic seedline through Seth, Noah, Shem, Issac, Jacob(Israel) whose missions "size" is approximately one hundred forty four thousand(144,000) exclusive of the members of the staff, private servants, and other family members as written and recorded in the book of Revelation at Chapter 7 verses 4 through 8, who keep the commandments and have the Testimony, Revelation 12:17 and 14:12.

Article II

The "domicile" of said diplomatic agent is original and exclusively Trustor's Estate, as evidenced in Exodus 19:5 legal title vested in the Trustee(named above), but not individually, in life tenure as faithful ambassador and stewardship provided by the express "Will" of the Trustor, neither of which have taken up or intended a foreign residence thereto, and whom expressly deny any claim of citizenship, allegiance, or nationality, emanating by or for the receiving "State", due to a coflict of law and via explicit reservation of rights according to the terms of the treaty second above mentioned. But see: "Quasi-domicile".

Article III

The fundamental tenets of the Mission Statement, being deeply held spiritual training and conviction and Knowing that under Laws' of Nature of the ever Living Father, the Word, are: Keeping inviolate the ten(10) commandment Law now condensed into two(2), namely (a) Love Yahweh with all thy heart, body, mind, and soul being translated means: pignus, servitus, hereditas, and dominium, and (b)Love thy neighbor as thyself, for Agrappa worketh no ill for Trustor's neighbors; there being only one(1) Mediator between Yahweh and Mammon, that is Yahshua The Christ and the absolute lawgiver, Whom has entrusted the undersigned through baptism and repentance the Office of "Ambassador by which Ambassage attaches hereby as expressed in the Book of IICorinthians Chapter 5 verse 20 duly recognized in the receiving "State" in the case of United States v. Seeger(1965),380 U.S. 163, identifying Trustee as a Neutral "opposed to war in any form."

Article IV

Trustee for commercial purposes, is neither a citizen nor subject of the receiving "State", duly recognized in the cases of Rabang v. I.N.S.(CA9 1994).35F.3d 1449@ n4. of United States v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456,483, 42 L.Ed. 890(1898),cf. Udny v. Udny, L.R. 1H.L., Section 457, and is "non-resident alien" of the receiving "State".

Trustee-Declarant has revoked any/all elections for being treated as a citizen or subject of the receiving "State", and is neither Joint venturer or co-surety with the citizens or nationals of the receiving "State".

Mission Statement:by Apostille                                    Page Two

Exhibit 4

Trustee-Declarant is not a "legal entity" and is non-assumpsit the definitions of "person" via "jus gentium privatum" by the operation of law and accepts no culpability by, for,or on behalf of any legal entity phonetically sounding the same as "Trustee's" lawful given name at birth duly recognized by the receiving "State",in the case of Pease v. Pease, 35Conn. 131 on account of misnomer,addition,or fatal variance such as "idem sonans",via explicit reservation.

Further,Trustee-Declarant accepts the duty of non-intervention into the political or internal affairs of the receiving "State",in Trustee's capacity as a living,breathing sentient moral being,whose primary reasonable duty and service is for that of the Trustee's Sovereign without hesitation,nor mental reservation.See:International Organization Immunities Act 9 December 1945.

Article V

Trustee's duty and service is not discretionary,but mandatory as established in the Book of Mathew,Chapter 6, verses 9 through 18,punishment for which any violation thereof is far severe than any punishment including death,that mammon could or would inflict upon or against the diplomatic agent,staff member,or immediate family members by fortiori.

Trustee's rights,duties,and obligations under the aforesaid Trust are imprescriptible the term "imprescriptibility" having full force and effect herein due the posthead of the mission being vacant in accordance with Yahshua's express "Will" and settlement at Golgotha, Common Era, thirty three and one half(33½) years:surety being settled by blood and water Redemption.

Article VI

Trustee-Declarant avers and alleges,in good faith the instrument herein "limits" accession of the aforesaid Treaties and attached protocols in particular the compulsory settlements of disputes done at Vienna 18 April 1961,at Article 36 pertaining to wit:(1) the interpretation of a treaty:(2)any question of international law,(3)the existence of any fact which,if established,would constitute a breach of an international obligation; and(4)the nature or extent of the reparation being made for the breach of an international obligation;but recognizing that Trustee-Declarant acknowledges the vacancy of representation as the described diplomatic mission afore described herein under Article 9,Statute of the Permanent Court of International Justice,14 September 1929 without prejudice for more favorable treatment as to any class of diplomatic mission represented thereby.

Stipulation for accesion of the first Treaty mentioned above,TIAS 10072,33U.S.T. 883, 527 U.N.T.S. 189 by Trustee-Declarant "party" or "Sending State" is signified by the Vienna Convention on the Law of Treaties, U.N.DOC.A/CONF.39/27(1969) 63 A.J.I.L. 875 (1969) at Article 2,para's 1(a) (b) and (g),and Article II,as a Sovereign Ecclesiastical "State" with full politicle independence of other "States" under the Convention on Right and Duties of States,49 Stat.3097.T.S. 881, 165L.N.T.S. 19,3 Bevans 145, done at Montevido Uruguay,December 26,1934, at Articles 2 and 3, to wit:

"The federal state shall constitute a sole person in the eyes of international law."

"The political existence of the state is independent of recognition by other states. Even before recognition the state has the right to defend its integrity and independence,to provide for its conservation and prosperity,and consequently to organize itself as it sees fit,to legislate upon its own interests,administer its services,and define the

Mission Statement:by Apostille                                                  Page three

Exhibit A

jurisdiction and competence of its courts."

## Article VII

Identification of Trustee-Declarant, *Cory Alexander-Lee Wiggins* is as follows:

Photograph: 

Cory Alexander-Lee Wiggins

Height: 6'4"   Weight: 210. pounds   Race: Black
Eyes: BROWN   Gender: Male

## Article IIX

By virtue of the indwelling of the Holy Spirit, Trustee-Declarant does hereby enter upon the Office of trustee, AMbassador, and public Minister of justice, in itinere for the United States, so certifying the aforesaid Preamble and related Articles being materially true, correct, and complete, and further, that Trustee-Declarant Will faithfully perform the funtions of said diplomatic mission under the terms and conditions of Trustor's Will, so help me Yahweh, So be it!

/s/ YHVH Cory Alexander-Lee Wiggins
Trustee-Beneficiary

(In absentia)

IN FAITHFUL WITNESS WHEREFORE, Trustee-Declarant So authorizes and attests the foregoing in the witness wherefore His Lawful given baptismal Appellation is given below, on the 5th day of October Common Era in the year of Our Sovereign, two thousand. ~~three.~~ six

Mission statement: by Apostille               Page four

Exhibit A

Legatee Minister Plenipotentiary:

L.S. _Cory Alexander-Lee Wiggins_
      Trustee, but not individually

In the Book of II Corinthians, Chapter 13, verse 1:

"In the mouth of two or three witnesses shall every word be established."

| Witnesses signature | Day: | Month: | YEAR: |
|---|---|---|---|
| _John R___ | 5 | 10 | 2006. |
| _Al__ Cd___ | 5 | 10 | 2006 |
| _S.L__ M___ | 5 | 10 | 2006 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

L.S. _Cory Alexander-Lee Wiggins_
      Trustee, but not individually

SUBSCRIBED and AFFIRMED before me, A Notary Public residing in Sussex county, The State of Virginia. The above signatory (Trustee) appeared, known by me and identified himself, and affixed His signature hereto, the 11th day of November, 2006.

_Bruce W. Ruts_
Notary Public signature

My Commission expires: _9/30/07_

Seal

Mission statement : by Apostille             Page five

Exhibit A

Case 1:12-cv-00095-CMH-TCB Document 1 Filed 01/27/12 Page 9 of 10 PageID# 9

Cory Alexander-Lee Wiggins
Ambassador of Israel
c/o C. WIGGINS # 1105173
24414 MUSSELWHITE DR
WAVERLY VA 23890-9999



20 January 2012

OFFICE OF CLERK
US DISTRICT COURT EDVA
401 COURTHOUSE SQUARE
ALEXANDRIA VA 22314-5798

DEAR CLERK:

Please find enclosed papers of which I request be filed forthwith pursuant to all applicable rules of custom, procedure, practice and necessary courtesy.

Thank you for your sure assistance in this matter.

Peace.

/s/ YHVH Cory Alexander Lee Wiggins

C. WIGGENS # 1105173
24414 MUSSELWHITE DR
WAVERLY VA 23890-4444

Received
JAN 2? 2012
SSEX I STATE PRIS...

RECEIVED
JAN 6 2012
CLE... ...T
ALE...

1:12CV95
CMH/TCB

Office of the Honorable Clerk
U.S. District Court E.D. Va.
401 Courthouse Square
Alexandria Va. 22314-5798

LEGAL MAIL


